IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. 7:24-632 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(e) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| vs. | ) | 18 U.S.C. § 924(c)(l)(A) |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 21 U.S.C. § 802 |
| QUINTIN RASHARD STEVENSON, | ) | 21 U.S.C. § 851 |
| a/k/a "Quinton Rashard Stevenson" | ) | |

**INDICTMENT**

## COUNT 1

THE GRAND JURY CHARGES:

That on or about December 8, 2023, in the District of South Carolina, the Defendant, QUINTIN RASHARD STEVENSON, a/k/a "Quinton Rashard Stevenson," knowingly possessed a firearm, which had been shipped and transported in interstate and foreign commerce, to wit, a SCCY model CPX-1, 9mm caliber pistol, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about May 21, 2024, in the District of South Carolina, the Defendant, QUINTIN RASHARD STEVENSON, a/k/a "Quinton Rashard Stevenson," knowingly possessed a firearm, which had been shipped and transported in interstate and foreign commerce, to wit, a Taurus G2C 9mm caliber pistol, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about May 21, 2024, in the District of South Carolina, the Defendant, QUINTIN RASHARD STEVENSON, a/k/a "Quinton Rashard Stevenson," knowingly, intentionally, and unlawfully did possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine base (commonly known as crack cocaine), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about May 21, 2024, in the District of South Carolina, the Defendant, QUINTIN RASHARD STEVENSON, a/k/a "Quinton Rashard Stevenson," knowingly did possess a firearm in furtherance of a drug trafficking crime as set forth in Count 3 of this Indictment, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## SENTENCING ENHANCEMENT PROVISIONS

THE GRAND JURY FURTHER CHARGES:

The Defendant, QUINTIN RASHARD STEVENSON, a/k/a "Quinton Rashard Stevenson," prior to committing the violations contained in this Indictment, had the following conviction(s) for a serious drug felony and/or a serious violent felony, pursuant to Title 21, United States Code, Sections 802(57) and (58), that had become final for the purposes of Title 21, United States Code, Section 841:

a. <u>October 18, 2016</u>: a conviction for a serious drug felony in Spartanburg County, South Carolina, under General Sessions Indictment Number 2016-GS-42-1066, Possession With Intent To Distribute Cocaine on which the Defendant served more than 12 months in prison and for which the Defendant was released within 15 years of the commencement of the offenses charged in this Indictment.

All in violation of Title 21, United States Code, Sections 802, 841(a)(1), 841(b)(1)(C), and 851.

## FORFEITURE

FIREARM/DRUG OFFENSES:

Upon conviction for felony violations of Title 18 and Title 21, United States Code, as charged in this Indictment, the Defendant, QUINTIN RASHARD STEVENSON, a/k/a "Quinton Rashard Stevenson," shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

(c) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

(2) involved in or used in any knowing violation of 18 U.S.C. § 922 or 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for offenses charged in this Indictment includes, but is not limited to, the following:

(a) <u>Firearm</u>:

SCCY model CPX-1, 9mm pistol with an extended magazine. Serial Number: 536407

(b) <u>Ammunition</u>:

Miscellaneous rounds of .9mm ammunition

(c) <u>Proceeds/ Forfeiture Judgment</u>:

A sum of money equal to all property the Defendant obtained as a result of the drug offense charged in the Indictment, and all interest and proceeds traceable thereto as a result of his violation of 21 U.S.C. § 841.

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A __True__ Bill

REDACTED
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: /s/ Max B. Cauthen
Max B. Cauthen, III (Fed. ID # 06732)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:  864-268-2100
Fax:  864-233-3158
Email: Max.Cauthen@usdoj.gov